

1  BENJAMIN B. WAGNER
   United States Attorney
2  ELANA S. LANDAU
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California  93721
   Telephone:  (559) 497-4000
5

6
                                        SEALED
7

8           IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,       )   1:11 CR 00289 LJO
                                    )
12           Plaintiff,             )
                                    )   ORDER RE: EX PARTE MOTION TO
13      v.                          )   SEAL INDICTMENT PURSUANT TO
                                    )   RULE 6(e), FEDERAL RULES OF
14  DUPREE DOMICK DEMERY,           )   CRIMINAL PROCEDURE
                                    )
15           Defendant.             )
    _____)
16

17

18       Pursuant to the motion by the United States, IT IS HEREBY

19  ORDERED that the Indictment filed herein is sealed.

20

21  DATED: 8/25/2011            _____
                                      U.S. MAGISTRATE JUDGE
22

3