1 | BENJAMIN B. WAGNER
United States Attorney
2 | ELANA S. LANDAU
Assistant U.S. Attorney
3 | 2500 Tulare Street
Fresno, California  93721
4 | Telephone:   (559) 497-4000

5

6

7                    IN THE UNITED STATES DISTRICT COURT FOR THE

8                          EASTERN DISTRICT OF CALIFORNIA

9

10

11 | UNITED STATES OF AMERICA,            )
                                        )   Case NO. 1:11-CR-289
12 |                  Plaintiff,          )
                                        )   REQUEST TO **UNSEAL** INDICTMENT
13 |    v.                               )
                                        )
14 | DUPREE DEMERY,                       )
                                        )
15 |                  Defendant.          )
                                        )
16 | _____)

17

18          The arrest warrant in the above-captioned proceeding was

19 | executed on November 18, 2011.  As a result, there is no need for the

20 | indictment to remain under seal.  Accordingly, the United States asks

21 | that the Court order that the indictment be unsealed.

22

23

24                                      BENJAMIN B. WAGNER
                                        United States Attorney
25

26 | Date: November 18, 2011              /s/ Elana S. Landau
                                        By: Elana S. Landau
27                                      Assistant United States Attorney

28

                                        1

1 | BENJAMIN B. WAGNER
United States Attorney
2 | ELANA S. LANDAU
Assistant U.S. Attorney
3 | 2500 Tulare Street
Fresno, California 93721
4 | Telephone: (559) 497-4000

5

6

IN THE UNITED STATES DISTRICT COURT FOR THE

7

EASTERN DISTRICT OF CALIFORNIA

8

9

10

11 | UNITED STATES OF AMERICA,               )     Case No: 1:11-CR-289
                                           )
12 |                        Plaintiff,      )
                                           )     ORDER TO **UNSEAL** INDICTMENT
13 |         v.                             )
                                           )
14 |                                        )
    DUPREE DEMERY,                          )
15 |                                        )
                        Defendant.          )
16 |                                        )
_____)
17

18         Upon application of the United States of America and good cause

19 | having been shown,

20         IT IS HEREBY ORDERED that the indictment in the above-captioned

21 | proceeding be and is hereby unsealed.

22

23 | Date: NOV 18 , 2011              _Jennifer L. Thurston_
                                      Honorable Jennifer L. Thurston
24                                    United States Magistrate Judge

25

26

27

28

2